IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ETHAN J. WARNER,** | : | CIVIL ACTION NO. 1:20-CV-496 |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **A. MARK WINTER,** | : | |
| | : | |
| **Defendant** | : | |

# ORDER

AND NOW, this 3rd day of March, 2021, upon consideration of the motion (Doc. 9) filed by defendant A. Mark Winter, Esquire ("Attorney Winter") to dismiss plaintiff Ethan J. Warner's complaint (Doc. 1) pursuant to Federal Rules of Civil Procedure 12(b)(1) and (12)(b)(6), and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. Attorney Winter's motion (Doc. 9) is GRANTED and Warner's complaint (Doc. 1) is DISMISSED with prejudice.

2. The Clerk of Court is DIRECTED to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania